905 A.2d 863

IN THE MATTER OF EVANS C. AGRAPIDIS,
AN ATTORNEY AT LAW.

September 6, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–083, concluding that **EVANS C. AGRAPIDIS** of **HASBROUCK HEIGHTS,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 5.4(a) (splitting fee with a non-lawyer), *RPC* 7.2(c) (giving something of value for recommending the lawyer's services), *RPC* 7.3(d) (providing compensation for recommending the lawyer's services), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **EVANS C. AGRAPIDIS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.